```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
EDWARD O'FARRELL,                     :
                                      :
                     Plaintiff,       :       ORDER
                                      :
          - against -                 :       06 Civ. 13460 (DC)
                                      :
MONEY MEDIA, INC. et al.,             :
                                      :
                     Defendants.      :
                                      :
- - - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2007

**CHIN, D.J.**

It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, either party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:  New York, New York
        February 20, 2007

                                    _____
                                    DENNY CHIN
                                    United States District Judge